IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN DANIEL JOHNSTON,**
    Petitioner,

vs.                              Case No.:  3:10cv538/LAC/MD

**KENNETH S. TUCKER,**
    Respondent.

___

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 16, 2011.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) is DENIED.

    3.    The clerk is directed to close the file.

    4.    A certificate of appealability is DENIED.

    DONE AND ORDERED this 20th day of October, 2011.

                                      *s/L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**